UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-71 (SGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) AMENDED ORDER GRANTING |
| Plaintiff, | ) GOVERNMENT'S PETITION TO |
| | ) SEAL DOCUMENTS |
| v. | ) |
| | ) |
| WILLIAM VERMIE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter is before the Court on the Government's Petition to Seal Documents in the above-captioned matter. Based on all the records, files, and proceedings before the Court, the Court being otherwise fully informed of the premises, and good cause having been shown, **IT IS HEREBY ORDERED THAT:**

1. The Government's petition to seal documents is **GRANTED;**

2. All documents filed in the above-captioned matter, including the Complaint, Arrest Warrant, the Affidavit of Bronson D. Day in support thereof, and the Government's Petition to Seal, shall remain sealed until **July 21, 2026**, or a later date if so granted by a further Order of this Court.

Dated: 1/28/2026

*s/Shannon G. Elkins*
SHANNON G. ELKINS
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA