UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

26mj71 MJD/JFD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| Plaintiff, | ) | 18 U.S.C. § 111(a)(1) |
| v. | ) | |
| WILLIAM VERMIE, | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 13, 2026, in the State and District of Minnesota, the defendant,

**WILLIAM VERMIE,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, a United States Immigration and Customs Enforcement employee, while such employee was engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).



SCANNED L1
FEB 1 0 2026
U.S. DISTRICT COURT MPLS

Dated: February 10, 2026    DANIEL N. ROSEN
United States Attorney

_/s/    Zain Abid_
BY:   ZAIN ABID
Special Assistant United States Attorney