

**U.S. Department of Justice**

United States Attorney
District of Minnesota

| | |
|---|---|
| *600 United States Courthouse* | *Telephone: (612) 664-5600* |
| *300 South Fourth Street* | *Fax: (612) 664-5787* |
| *Minneapolis, MN 55415* | |

April 22, 2026

**VIA ECF – *EX PARTE* AND UNDER SEAL**
The Honorable John F. Docherty
United States District Court
316 North Robert Street
St. Paul, MN 55101

      Re:    <u>United States v. Vermie</u>
              Criminal No. 26-MJ-71 (MJD/JFD)

Dear Magistrate Judge Docherty:

      The United States respectfully submits this *ex parte* and sealed supplement to its response to Defendant's Motion for Disclosure Under Rule 6. This case was never presented to any Grand Jury, and thus, there was never a "no bill" nor any transcript of any Grand Jury proceeding. Thus, Mr. Vermie's motion should be denied.

                      Sincerely,

                      DANIEL N. ROSEN
                      United States Attorney
                      <u>*s/Richard M. Hoover*</u>

                      BY: RICHARD M. HOOVER
                      MND No. 710133MA
                      Special Assistant U.S. Attorney
                      DOJ-USAO
                      District of Minnesota
                      300 South Fourth Street
                      Minneapolis, MN 55415
                      202-251-2107
                      Email: <u>richard.hoover@usdoj.gov</u>