**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Criminal No. 26-mj-71 (MJD/JFD)**

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM VERMIE,

Defendant.

**ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED** that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' Motion to Dismiss Misdemeanor Information [48] is hereby **GRANTED**, and the charges alleged in the Misdemeanor Information against Defendant William Vermie in the above-referenced matter are dismissed.

Dated: November 6, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court